UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

POWER ANALYTICS CORPORATION               CASE NO.: 23-01657-5-DMW

DEBTOR                                    CHAPTER 7

**OBJECTIONS TO CLAIMS BY TRUSTEE AND NOTICE THEREOF**

NOW COMES John C. Bircher III, Bankruptcy Trustee by and through Counsel, and hereby objects to Proof of Claim No. 2 filed Causam Enterprises, Inc. for $157,446.55 as follows:

Claimant failed to provide sufficient supporting documentation. The Trustee requests the Claim be denied in its entirety as the Trustee cannot determine if this is a claim of the Estate.

NOTICE OF HEREBY GIVEN to the Claimant that the relief requested by the Trustee herein may be granted without hearing or further notice if no response to the above objections is filed in writing with the Clerk, U.S. Bankruptcy Court, within thirty (30) days of the date of this Objection and Notice.  Any party desiring a hearing must request a hearing in writing with the Clerk within the time set forth herein; otherwise, no hearing will be conducted unless the Court, in its discretion, directs that a hearing be set.  If a hearing is requested, such hearing will be conducted at a date, time and place to be later fixed by the Court, and the parties requesting such a hearing will be notified accordingly.  Any party filing a response and requesting a hearing shall attend the hearing or costs may be assessed against them.

Date: 01/06/2025

s/John C. Bircher III
John C. Bircher III
N.C. State Bar No. 24119
DAVIS HARTMAN WRIGHT LLP
209 Pollock Street
New Bern, NC 28560
Telephone/Facsimile 252-262-7055
Email: jcb@dhwlegal.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age, and that the Objection to Proof of Claim and Notice thereof in the above captioned case was this day served upon the below named persons via CM/ECF, or by mailing, postage prepaid, first-class mail (certified mail as indicated):

Bankruptcy Administrator
(via CM/ECF)

Jason L. Hendren
Debtor's Attorney
(via CM/ECF)

Power Analytics Corporation
Attn: Managing Agent
14460 Falls of the Neuse Road, Suite 149
Raleigh, NC   27614

Causam Enterprises, Inc.
Attn: Manager or Agent
8480 Honeycutt Road, Suite 200
Raleigh, NC   27615

Date: 01/06/2025

s/John C. Bircher III
John C. Bircher III
N.C. State Bar No. 24119
DAVIS HARTMAN WRIGHT LLP
209 Pollock Street
New Bern, NC 28560
Telephone/Facsimile 252-262-7055
Email: jcb@dhwlegal.com